01-15-00994-CR

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/24/2015 2:42:07 PM
CHRISTOPHER A. PRINE
Clerk

November 20, 2015

SARAH V. WOOD
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON, TEXAS 77002

Defendant's Name: ANDREW EARL JACKSON

Cause No: 2029192

Court: CRIMINAL COUNTY COURT AT LAW #5

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/10/2015
**Sentence Imposed Date:** 11/10/2015
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** SARAH V. WOOD
**Pauper's Oath on Appeal Filed:** 11/13/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

KARA SALAZAR (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651

Cause No. 2029192

## THE STATE OF TEXAS
### V.
Andrew F Jackson A/K/A/ _____

_____ District Court / County Criminal Court at Law No. 5

**Harris County, Texas**

**FILED**
Chris Daniel
District Clerk

**NOTICE OF APPEAL**

NOV 10 2015

TO THE HONORABLE JUDGE OF SAID COURT:

Time:_____
Harris County, Texas

On 11-10-15 _____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

Deputy

The undersigned attorney (check appropriate box):

☒ **MOVES** to withdraw.
☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

| | |
|---|---|
| 11/10/15 | _(signature)_ |
| **Date** | **Attorney (Signature)** |
| Andrew E Jackson | Loei J. Gooch |
| **Defendant (Printed name)** | **Attorney (Printed name)** |
| | 24032244 |
| | **State Bar Number** |
| | 1201 Franklin, 13th floor |
| | **Address** |
| | 713.368.0016 |
| | **Telephone Number** |

The defendant (check all that apply):

☒ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☒ **ASKS** the Court to **ORDER** that a free record be provided to him.

☒ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _(signature)_ Andrew Jackson
**Defendant (Signature)**

Andrew E Jackson
**Defendant's Printed Name**

SWORN TO AND SUBSCRIBED BEFORE ME ON 11/10/15

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___11/10/15___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☒ **IS** indigent for the purpose of

    ☒ employing counsel

    ☒ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☒ Counsel's motion to withdraw (is **GRANTED** / **DENIED**.

    ☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

    ☐ Defendant's / appellant's motion is **GRANTED** and

        ☒ ___SARAH V. WOOD___ (attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

        ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

    ☒ **SET** at $ ___10,000___

    ☐ **TO CONTINUE** as presently set.

    ☐ **DENIED** and is **SET** at **NO BOND**. (Felony Only)

**DATE SIGNED:** ___11/10/15___

_____
JUDGE PRESIDING,
___ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. 5,
HARRIS COUNTY, TEXAS

en22/999
en22/998

CAUSE NO. 2029192

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
| VS. | § | COURT AT LAW NUMBER 5 |
| Andrew E Jackson | § | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

_____
Judge Presiding

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

(X) _Andrew Jackson_
Defendant

_W.R.K.U. Gooch_
Defendant's Counsel

2403224Y

| Mailing address: | State Bar of Texas ID Number: |
|---|---|
| | 1201 Franklin, 13th floor |
| **FILED** | Mailing address: |
| Telephone number: Chris Daniel District Clerk | 713.368.0016 |
| NOV 10 2015 | Telephone number: |
| Fax number (if any): Time: | 713.368.9278 |
| By_____ Harris County, Texas | Fax number (if any): |
| Deputy | |

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case, that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

CCL Form 22

12-04-2012

COPY

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 2029192

THE STATE OF TEXAS

VS. Andrew Jackson

TO THE HONORABLE JUDGE OF SAID COURT:

OFFENSE:

~~DISTRICT COURT~~ CCCL #5

OF

HARRIS COUNTY, TEXAS

NOW COMES Andrew Jackson , Defendant in the above styled and numbered cause, and respectfully petitions the Court to appoint counsel to represent him in said felony cause and would show to the Court that he is too poor to employ counsel, on appeal.

Defendant further states under oath that defendant is without funds, property or income; that because of his poverty he is unable to pay for a transcript of the evidence which is necessary to be filed with the court of Criminal Appeals of the State of Texas;

WHEREFORE, he prays that the Court appoint counsel to represent him on appeal and that the Court direct the Court Reporter to prepare a statement of facts, as provided by law, in question and answer form, for use on appeal.

In Custody

DEFENDANT

SUBSCRIBED AND SWORN to before me, this 13th day of November , A.D., 20 15 .

DEPUTY DISTRICT CLERK

DISTRICT COURT

HARRIS COUNTY, TEXAS

## ORDER APPOINTING COUNSEL ON APPEAL

On this the _____ day of _____, A.D., 20____, it appearing to the Court that the above named defendant has executed an affidavit stating that he is without counsel and is too poor to employ counsel, it is ordered that the attorney listed below is appointed to represent the above named defendant in said cause, on appeal.

Sarah V. Wood (Public Defenders Office)

ATTORNEY

1201 Franklin, 13th Fl

ADDRESS

Houston TX 77002

CITY        STATE        ZIP

713 368 0016

PHONE

24048898        SPN: 02157299

Bar Number

**FILED**
Chris Daniel
District Clerk

NOV 13 2015

Time: _____
By _____
Harris County, Texas
Deputy

## ORDER TO PREPARE STATEMENT OF FACTS ON APPEAL

This the _____ day of _____, A.D. 20____, after hearing testimony on the above affidavit and it appearing that the defendant is entitled to the relief prayed for, it is ORDERED that the Court Reporter of this Court prepare a statement of facts in question and answer form of the testimony in said cause. It is further ORDERED that the clerk of this Court mail a copy of the Order to the Court Reporter: _____, by certified mail return receipt requested.

NOV 13 2015

JUDGE PRESIDING

DISTRICT COURT

HARRIS COUNTY, TEXAS

DISTRICT CLERK

# APPEAL CARD

Court __05__ Due: 1-9-16   1st   Cause No. __2029192__

**The State of Texas**

Vs

__Andrew Earl Jackson__

11-10-15

**Date Notice Of Appeal:** __11-10-2015__

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** __Margaret Harris__

**Court Reporter** __Kara Salazar__

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** __Lori Janelle Gooch__

**Attorney on Appeal** __Sarah V. Wood__

**Appointed** __✓__ **Hired** _____

**Offense** __Burglary of Vehicle__

**Jury Trial** Yes __✓__ No _____

**Punishment Assessed** __200 hej / 156 days credit__

**Companion Cases (If Known)** _____

**Amount of Appeal Bond** __$10,000__

**Appellant Confined:** Yes __✓__ No _____

**Date Submitted To Appeal Section** __11-13-15__   11-20-15

**Deputy Clerk** __Erica Castillo gq7__